IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>                Plaintiff,<br><br>  v.<br><br>PLAYCORE WISCONSIN, INC.,<br><br>                Defendant. | Civil Action No. 1:21-cv-01800<br><br>Hon. Ronald A. Guzman |

## NOTICE OF SETTLEMENT

Plaintiff Holger Fiallo hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Playcore Wisconsin, Inc. The parties are finalizing the Settlement Agreement and expect to file a dismissal within thirty days.

Dated: June 21, 2021                         Respectfully Submitted,

                                                                                     */s/ Benjamin J. Sweet*
                                                                     Benjamin J. Sweet
                                                                     ben@nshmlaw.com
                                                                     **NYE, STIRLING, HALE & MILLER, LLP**
                                                                     1145 Bower Hill Road, Suite 104
                                                                     Pittsburgh, Pennsylvania 15243
                                                                     Phone: (412) 857-5350

                                                                     Jonathan D. Miller
                                                                     jonathan@nshmlaw.com
                                                                     **NYE, STIRLING, HALE & MILLER, LLP**
                                                                     33 W. Mission Street, Suite 201
                                                                     Santa Barbara, California 93101
                                                                     Phone: (805) 963-2345

                                                                     *Attorneys for Plaintiff Holger Fiallo*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 21st day of June, 2021.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
