# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Holger Fiallo

             Plaintiff,

v.

Playcore Wisconsin, Inc.

             Defendant.

Case No.: 1:21–cv–01800
Honorable Ronald A. Guzman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 23, 2021:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation of dismissal [16], this action is dismissed with prejudice, with each party to bear its own costs and fees, including attorneys' fees. All pending schedules are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.